UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JOAN HARRIMAN,

                Plaintiff,

    -against-

                               **ORDER**
                               96-cv-3670(JS)(MLO)
UNITED STATES OF AMERICA,

                Defendant.
----------------------------------X
**APPEARANCES:**
For Plaintiff:     Joan Harriman, Pro Se
                    P.O. Box # 40
                    East Hampton, N.Y. 11937

For Defendant:     Bartholomew Cirenza, Esq.
                    U.S. Department of Justice
                    Tax Division
                    P.O. Box 55, Ben Franklin Station
                    Washington D.C. 20044-0055

SEYBERT, District Judge:

    Presently before the Court is Plaintiff's letter application made in 2004 to proceed in forma pauperis on appeal. The Court reviewed the application, and the Court notes that on June 24, 2004, the Clerk of the Court informed Plaintiff that if she wished to proceed in forma pauperis on appeal, she should provide the Court with a notarized form regarding her financial status. Plaintiff did not return the form. Accordingly, the Court DENIES Plaintiff's application. The Court, however, grants Plaintiff leave to renew should she decide to submit a notarized form regarding her financials.

                                                  SO ORDERED.

                                              /s/ JOANNA SEYBERT
                                              Joanna Seybert U.S.D.J.

Dated: Central Islip New York
      March 17, 2006