BEFORE: MICHAEL L. ORENSTEIN  DATE May 23, 2006
UNITED STATES MAGISTRATE JUDGE  TIME ON: 11:30
TIME OFF: _____

DOCKET# CV 96-3670    ASSIGNED JUDGE: SEYBERT

CASE NAME: Harriman v. USA

CIVIL CONFERENCE

Initial___ Status _X_ Discovery ___ Settlement ___

Pretrial___ Pre-Motion ___

Motion _____

TAPE # ~~06-62 #0~~  06-62 #0-229

APPEARANCES:  Plaintiff _____

              Defendant _____

Discovery completed by _____

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference _____

Pre-Trial Order filed by _____

              Plaintiff _____

              Defendant _____

THE FOLLOWING RULINGS WERE MADE: No contact by plaintiff with court or defendant. Accordingly this court repeats and recommends that action be dismissed pursuant to Fed. R. Civ. P. 41(a)2 and 16(f). Order, dated 5/4/06, Orenstein, M.J.

## OBJECTIONS

Any objections to this Report and Recommendation must be filed with the Clerk of the Court with a copy to the undersigned within ten (10) days of the date of service of this Report. Failure to file objections within this period waives the right to appeal the District Court's Order. *See* 28 U.S.C. 636 (b)(1); Fed. R. Civ. P. 72, 6(a), 6(e); *Beverly v. Walker*, 118 F.3d 900, 902 (2d Cir. 1997); *Savoie v. Merchants Bank*, 84 F.3d 52, 60 (2d Cir. 1996); *IUE AFL-CIO Pension Fund v. Herrmann*, 9 F.3d 1049, 1054 (2d Cir. 1993); *Roldan v. Racette*, 984 F.2d 85, 89 (2d Cir. 1993); *Frank v. Johnson*, 968 F.2d 298, 299 (2d Cir. 1992).

Dated:   Central Islip, New York
         May 23, 2006

/s/ Michael L. Orenstein

MICHAEL L. ORENSTEIN
United States Magistrate Judge