# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT - 4 2006 ★

[Seal: United States Court of Appeals, Second Circuit, SEP 27 2006, Roseann B. MacKechnie, Clerk]

Date:                  9/27/06
Docket Number:         04-2522-cv
Short Title:           Harriman v. USA
DC Docket Number:      96-cv-3670
DC:                    EDNY (CENTRAL ISLIP)
DC Judge:              Honorable Joanna Seybert

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of September, two thousand six.

Joan Harriman,

    Plaintiff-Appellant,

v.

USA,

    Defendant-Appellee.

    The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

    The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 04/06/04 United States District Court for the Eastern District be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

                                           For the Court,
                                           Roseann B. MacKechnie, Clerk

                                           */s/ Ahronda Crossman*
                                           By:  Ahronda Crossman
                                           Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by */s/ Ahronda Crossman*
DEPUTY CLERK

— ISSUED AS MANDATE:  SEP 2 7 2006 —