UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
JOAN HARRIMAN,

              Plaintiff                  MOTION FOR TRIAL

    Vs.                                   96-CV-3670 (JS)(MLO)

UNITED STATES OF AMERICA,

              Defendant.
--------------------------------X

    PLEASE TAKE NOTICE that the Plaintiff, JOAN HARRIMAN, ASKS the Court, Honorable Joanna Seybert, presiding, to schedule this trial pursuant to an order by Judge Seybert to be held on the week of June 23 thru June 27, 2008 at the United States District Court, Eastern District of New York. Both parties have waived discovery. Judge Orenstein orders defendant to file for a Joint retrial by Jan. 25, 2008; plaintiff to respond by March 1, 2008 and Judge Orenstein will issue a joint agreement by April 1, 2008. Plaintiff has illness in her family which has caused her to travel; but she will be in New York that week to celebrate her 75th Birthday. Plaintiff has requested Trial by Jury at the time she filed her complaint in July of 1996 and served notice upon the defendant. Plaintiff estimates her presentation at trial to be no more than approximately 2-3 hours. She will Subpoena one witness - IRS agent Robert Hawkins. Plaintiff is questioning a "Joint Re-trial" when there has never been an original trial.

                                                          *Joan Harriman* (signed)
                                                          Joan Harriman

JAN. 10, 2008
                                                          P.O. Box 40

Request DENIED. A trial date is not set until the parties joint pre-trial order is approved and the parties have appeared for a pre-trial conference.

                                                          East Hampton, N.Y. 11937

                                                          850-628-8173

Dated: January 30, 2008            SO ORDERED:
       Central Islip, NY           /S/ JOANNA SEYBERT
                                     Joanna Seybert, USDJ