UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOAN HARRIMAN,

                Plaintiff,

        -against-

UNITED STATES OF AMERICA,

                Defendant.
----------------------------------------------------------X

**ORDER**
CV 96-3670 (JS)

**ORENSTEIN, Magistrate Judge:**

        The parties have submitted their proposed joint pre-trial order. After examination of the order, this Court finds that it substantially complies with the requirements of District Judge Seybert.

        Accordingly, the joint pre-trial order is accepted for filing and the action deemed ready for trial. The action will be tried in accordance with discretion and trial calendar of Judge Seybert.

**SO ORDERED.**

Dated:        Central Islip, New York
                April 3, 2008

                                            MICHAEL L. ORENSTEIN
                                           United States Magistrate Judge