April 28, 2008

Judge Michael Orenstein
Eastern District Court of N.Y.
L.I. Federal Courthouse
844 Federal Plaza
Central Islip, N.Y. 11722

RECEIVED IN
CHAMBERS OF
MAGISTRATE ORENSTEIN
MAY — 2008

Dear Judge Orenstein,

It was my understanding that you said you would have a final determination on moving us to trial sent to us by April 1, 2008.

I have not received anything. I believe we have to schedule a pre-trial conference with Judge Seybert. I was hoping for a trial in June, 2008. Please move ahead so that this can be accomplished.

Thank You.

cc: Bartholomew Cirenza
Atty for Def.
U.S. of America
U.S. Dept of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

cc: Judge Joanna Seybert

Sincerely,
Joan Harriman
P.O. Box 40
East Hampton, N.Y.
11937

856-628-8173