1hr 55min

DATE: 6/ 1/2009     AT: 9:00

BEFORE JUDGE JOANNA SEYBERT:

<u>CIVIL CAUSE FOR JURY SELECTION & TRIAL</u>

DOCKET NUMBER: 96-3670

TITLE: HARRIMAN -V- UNITED STATES

APPEARANCES:

FOR PLAINTIFF(S): JOAN HARRIMAN, PRO SE

FOR DEFENDANT(S): BARTHOLOMEW CIRENZA

REPORTER: M. STEIGER

__X__   CASE CALLED.

__X__   PRO SE PLAINTIFF AND COUNSEL FOR DEFENDANT PRESENT.

_____  JURY SELECTED AND SWORN.

_____  OPENING STATEMENTS.

_____  WITNESS(ES) CALLED.

__X__   OTHER <u>COURT GRANTS DEFENDANT'S MOTION [125] FOR PARTIAL DISMISSAL. JURY SELECTION ADJOURNED TO 6/2/2009 AT 9:30AM.</u>