DATE:   6/ 2/2009        AT:  9:30

BEFORE JUDGE JOANNA SEYBERT:

<u>CIVIL CAUSE FOR JURY SELECTION & TRIAL</u>

DOCKET NUMBER:    96-3670

TITLE:   HARRIMAN -V- UNITED STATES

APPEARANCES:

FOR PLAINTIFF(S):    JOAN HARRIMAN, PRO SE

FOR DEFENDANT(S):    BARTHOLOMEW CIRENZA

REPORTER:  M. STEIGER

| X   | CASE CALLED. |
| X   | PRO SE PLAINTIFF ABSENT; COUNSEL FOR DEFENDANT PRESENT. |
|     | JURY SELECTED AND SWORN. |
|     | OPENING STATEMENTS. |
|     | WITNESS(ES) CALLED. |
| X   | OTHER <u>COURT GRANTS ORAL MOTION TO DISMISS BY DEFENDANT. PROPOSED ORDER TO BE SUBMITTED.</u> |