**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

JOAN HARRIMAN,

                             Plaintiff,                        **JUDGMENT**

        - against -

                                                                   CV-96-3670 (JS)

UNITED STATES OF AMERICA,
                             Defendant.

----------------------------------------------------------------X

       An Order of Honorable Joanna Seybert, United States District Judge, having been filed on June 17, 2009, granting Defendant's motions to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rule of Civil Procedure 50, and dismissing Plaintiff's complaint with prejudice, it is

       **ORDERED AND ADJUDGED** that Plaintiff take nothing of the Defendant; that Defendant's motions to dismiss pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rule of Civil Procedure 50 are granted; and that Plaintiff's complaint is hereby dismissed with prejudice.

Dated: Central Islip, New York
           June 17, 2009

                                                                       ROBERT C. HEINEMANN
                                                                       CLERK OF THE COURT

                                       BY:    /S/ CATHERINE VUKOVICH
                                                                       DEPUTY CLERK